# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

EUGENE SCALIA, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Petitioner,

v.

PURE POLLINATION, LLC.,

    Respondent.

## ATTACHMENT NUMBER 1 – SUBPOENA DUCES TECUM

# United States of America

### DEPARTMENT OF LABOR
### OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

# SUBPOENA DUCES TECUM

**TO: PURE POLLINATION-AKRON MARKETING VENTURES, 365 Main Street, Akron, CO 80702**

*Pursuant to Section 8(b) of the Occupational Safety and Health Act (29 U.S.C. § 657(b)) you are hereby required to produce the following documents to* Christopher Fisher, Regional Investigator, of the OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR *at* 1244 SPEER BLVD, SUITE 551, *in the City of* DENVER, *on or before the* 10th *day of June 2020 at* 10 *o'clock a.m.* of that day records maintained by Pure Pollination/Akron Marketing Ventures.

1) Position Statement explaining the basis for Sarita Melton and Amanda Melton's employment termination;
2) Employee Handbook in place as of March 31, 2020;
3) Personnel File of Sarita Melton, including but not limited to, hire/ termination documents, written communications, application, training, etc.;
4) Personnel File of Amanda Melton, including but not limited to, hire/ termination documents, written communications, application, training, etc.;
5) Pay records of Sarita Melton;
6) Pay records of Amanda Melton;
7) Time Records (Clock in/ Clock out) records of Sarita Melton;
8) Time Records (Clock in/ Clock out) records of Amanda Melton;
9) List of ALL current and former employees, with contact information and reason for termination, employed by Pure Pollination/ Akron Marketing Ventures between April 5, 2019 and April 4, 2020;
10) Pure Pollination-Akron Marketing Ventures safety reporting policies in place as of March 31, 2020;
11) Pure Pollination-Akron Marketing Ventures attendance/ tardiness policies in place as of March 31, 2020;
12) Pure Pollination-Akron Marketing Ventures safety policies relating go packaging, distribution, and/or receipt of products in light of the COVID-19 pandemic in place as of March 31, 2020;
13) All emails, text messages or other documentation relating to Pure Pollination-Akron Marketing Ventures' reason for terminating Sarita Melton and Amanda Melton;
14) Any documents that you received before April 4, 2020 from any local, county, state, or federal government relating to workplace safety and health as it relates to the COVID-19 pandemic;
15) Any documents relating to inspections that any local, county, or state government entity performed of the workplace located at 365 Main Street, Akron, Colorado, 80702 between March 1, 2020 and May 1, 2020;
16) Any other documentation relating to the employment of Sarita Melton and/or Amanda Melton.

**FAIL NOT AT YOUR PERIL**



**IN TESTIMONY WHEREOF** *I have hereunto affixed my signature and the seal of the UNITED STATES DEPARTMENT OF LABOR at Denver, Colorado this 11th day of May 2020.*

**Rita M. Lucero, ACTING REGIONAL ADMINISTRATOR, VIII**
 **OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION**
 **UNITED STATES DEPARTMENT OF LABOR**

*Rita M. Lucero*

# RETURN OF SERVICE

I hereby certify that a duplicate original of the within subpoena was

                /In person.
                |By leaving at principal office
                |or place of business, to wit:
                |
                |_____
*duly served*   <_____
*(indicate by*   |_____
*check method* |_____
*used.)*        |_____
                \

on the person named herein on

_____
**(Month, day, year)**

_____
**(Name of person making service)**

_____
**(Official title)**

_____

I certify that the person named herein was in attendance as a witness at _____

_____

on _____
    **(Month, day or days, and year)**

_____
**(Name of person certifying)**

_____
**(Official title)**